RECEIVED
IN ALEXANDRIA, LA.

FEB - 4 2014

TONY R. MOORE, CLERK
_____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| FLOYD STANHOPE FRANCIS<br>A# 042856-757; Reg. # 63842-066 | CIVIL ACTION NO. 13-3040<br>SECTION P |
| VERSUS | |
| | JUDGE TRIMBLE |
| ERIC HOLDER, JR. | MAGISTRATE JUDGE KAY |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this _____ day of _____, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE